# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ASHFORD BUCKS COUNTY, LLC | CIVIL ACTION |
|---|---|
| v. | NO. 16-5592 |
| 444 OXFORD VALLEY ROAD TRUST, LLC | |

## ORDER RE: PARTIAL MOTION TO DISMISS

And NOW, this 10th day of February, 2017, for the reasons stated in the foregoing memorandum, upon consideration of Defendant 444 Oxford Valley Road Trust, LLC's Partial Motion to Dismiss Count I of Plaintiff's Complaint (ECF No. 5), and all responses and replies thereto, it is hereby ORDERED that the Motion is DENIED.

                                                        **BY THE COURT:**

                                                        /s/ Michael M. Baylson

                                                        **Michael M. Baylson, U.S.D.J.**

O:\Cecily.2016\Ashford Bucks v. 444 Oxford Valley (16-5592_\Order re MTD.docx